**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.    1:07  CV  98 |
|  | ) |  |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| TONY MONTGOMERY, | ) | MEMORANDUM OPINION |
|  | ) | AND ORDER |
| Defendant. | ) |  |

This matter comes before the Court upon Defendant, Tony Montgomery's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2).  (ECF #50.)   The government filed a Response in Opposition to Mr. Montgomery's motion.  (ECF #51).   For the reasons set forth below, the Defendant's Motion is hereby, DENIED.

In December of 2007, Mr. Montgomery was sentenced to a term of 76 months imprisonment for possession with intent to distribute cocaine base (crack) in violation of 21 U.S.C. §841(a)(1)(b)(1)(A).  Mr. Montgomery seeks a reduction of this sentence based on changes to the Controlled Substances Act and the Controlled Substances Import and Export Act, imposed by the Fair Sentencing Act of 2010, which was enacted on August 3, 2010, after Mr. Montgomery's sentencing.   However,  1 U.S.C. § 109, requires that courts should apply the penalties that were in place at the time the crime was committed, unless a new enactment affecting the penalty expressly provides for its own retroactive application.  *See Warden, Lewisburg Penitentiary v. Marrero*, 417 U.S. 653, 660 (1974).  The Sixth Circuit has held that the Fair Sentencing Act of 2010 contains no express statement of retroactivity, and that no

express intent of retroactivity can be inferred from the plain language of the Act.  *See United States v. Carradine*, No. 08-3220 (6th Cir. 2010).    Therefore, Mr. Montgomery is subject to the penalties that were in place at the time he committed his crime, and he is not entitled to a retroactive application of any provision within the Fair Sentencing Act of 2010.   His motion (ECF #50) is therefore DENIED.  IT IS SO ORDERED.

        /s/ Donald C. Nugent
           DONALD C. NUGENT
        United States District Judge

DATED:   January 14, 2011